IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

IN RE:   REFERRAL OF CIVIL AND CRIMINAL
CASES TO MAGISTRATE JUDGE
CHARLES A. STAMPELOS           Misc. No. 4:95mc40111

_____

### ADMINISTRATIVE ORDER

Charles A. Stampelos will be appointed as a United States Magistrate Judge in the Northern District of Florida, Tallahassee Division, effective April 3, 2012. On his appointment, the Clerk is directed to immediately reassign to Magistrate Judge Charles A. Stampelos all pending cases assigned to Magistrate Judge William C. Sherrill.

The Court's Order, Re: Referral of Civil and Criminal Cases to Magistrate Judges, dated September 30, 2008, document #112, will remain in effect with Mr. Stampelos' name replacing Magistrate Judge Sherrill's in the case assignment decks, on his appointment.

**DONE AND ORDERED** this 2nd day of April, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**