UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUSAN KUHN,

    Plaintiff,

v.                                  Case No. 4:11-cv-648-RH/CAS

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

    Plaintiff hereby notifies the Court, pursuant to N. D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between the parties, with each side to bear their own fees and costs. Plaintiff requests that the Court retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

                                              Respectfully submitted

                                              /s/ Tiffany Cruz
                                              Tiffany Cruz [FBN 90986]
                                              MARIE A. MATTOX, P.A.
                                              310 East Bradford Road
                                              Tallahassee, FL 32303
                                              (850) 383-4800 (telephone)
                                              (850) 383-4801 (facsimile)

                                              ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF to all counsel of record this 25th day of July, 2012.

<u>/s/ Tiffany Cruz</u>
Tiffany Cruz
