UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUSAN KUHN,

    Plaintiffs,

vs.

CASE NO.: 4:11-CV-648-RH/CAS

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT,

    Defendant.

_____/

## MEDIATION REPORT

The parties in the above cause submitted their issues to mediation on July 23, 2012. All issues have been resolved.

_____
RALPH HABEN
Mediator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished to TIFFANY R. CRUZ, Esquire, at Marie A. Mattox, 310 East Bradford Rd., Tallahassee, FL 32303 and J. CRIAG KNOX, Esquire, at Andrews, Crabtree, Knox, & Andrews, LLP, 1558 Village Square Blvd., Tallahassee, FL 32309, by U.S. Mail, on this ____ day of July, 2012.

_____
RALPH HABEN
Attorney

Filed 0725*12 UsDcFln4PM0233